## TRAVERS v. STATE.
### No. 16724.

Court of Criminal Appeals of Texas.
April 18, 1934.

Rehearing Denied May 9, 1934.

W. W. Ballard, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for the unlawful practice of dentistry, punishment being a fine of $100. No statement of facts or bills of exception accompany the record. In such condition nothing is presented for review.

The judgment is affirmed.

## BOAZ v. STATE.
### No. 16704.

Court of Criminal Appeals of Texas.
April 18, 1934.

Rehearing Denied May 9, 1934.

Clem Calhoun, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is aggravated assault; the punishment, a fine of two hundred fifty dollars.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.